IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GROVER DELMAR WIGLEY,
LORAINE WIGLEY,
ELIZABETH MICHELLE WIGLEY,
and ALISA DELARA, as natural
parent and next friend of S.D.,
a minor child,

Plaintiffs,

v.                                                                  No: 12-CV-00595 PJK/WDS

COUNTY OF BERNALILLO;
CITY OF ALBUQUERQUE;
LOUIZ FUNES, in his individual
and official capacity;
GERALD KOPPMAN, in his
individual and official capacity;
JAMES WILLIAMSON, in his individual
and official capacity;
ALBUQUERQUE POLICE OFFICERS
JOHN and/or JANE DOES 1-12.

Defendant,

## SCHEDULING ORDER

**THIS MATTER** is assigned to me for all scheduling, case management, discovery and non-dispositive motions. The Federal Rules of Civil Procedure, as amended, and the Local Civil Rules of the Court apply to this civil litigation. The Court notes that a Stay of Discovery in this case has been lifted.

**IT IS THEREFORE ORDERED** that all pretrial practice in the above-captioned cause shall be in accordance with the following:

1. A Rule 16 Scheduling Conference will be conducted in my chambers, Suite 720, 333 Lomas, NW, Pete V. Domenici United States Courthouse, Albuquerque, New Mexico, on **February 8, 2013 at 9:20 a.m.** At this Scheduling Conference counsel shall be prepared to discuss all scheduling issues including personal and professional conflicts. The parties shall be prepared to

discuss with the Court: **(1)  the viability of the settlement conference currently scheduled for March 21, 2013**, and **(2) whether the lifting of the stay has resolved the issues that led to the filing of Plaintiff's Motion to Compel (Doc. No. 49).**

Personal attendance by the parties is not required under the terms of this Order.  Counsel may appear telephonically, but must advise my chambers at least 48 hours prior to the Scheduling Conference that they will be doing so.  At that time my staff will provide you with details in regard to setting up the conference call.

2.  The parties, appearing through counsel of record or pro se, are hereby directed to personally meet and confer no later than **February 5, 2013**, for the purpose of formulating a proposed discovery schedule.   It is not necessary for the parties to prepare a new Joint Status Report.  The time allowed for discovery is generally 150 to 180 days.  The parties and counsel shall cooperate in preparing the proposed discovery schedule.  Plaintiff(s), or Defendant(s) in removed cases, shall be responsible for emailing a copy of the proposed discovery schedule to Chambers on or before **February 7, 2013.**

3.  If initial disclosures under Fed. R. Civ. P. 26(a)(1) were not made before entry of the stay in this case, they shall be made within fourteen (14) days of the date of the meet and confer session set forth in Paragraph 2 above.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE
Pete V. Domenici United States Courthouse
333 Lomas Blvd., N.W. - Chambers #720
Albuquerque, New Mexico  87102
(505) 348-2370