IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GROVER DELMAR WIGLEY,**
**LORAINE WIGLEY,**
**ELIZABETH MICHELLE WIGLEY,**
**and ALISA DELARA, as natural**
**parent and next friend of S.D.,**
**a minor child,**

       **Plaintiffs,**

v.                                                                                                                   No: 12-CV-00595 PJK/WDS

**COUNTY OF BERNALILLO;**
**CITY OF ALBUQUERQUE;**
**LOUIZ FUNES, in his individual**
**and official capacity;**
**GERALD KOPPMAN, in his**
**individual and official capacity;**
**JAMES WILLIAMSON, in his individual**
**and official capacity;**
**ALBUQUERQUE POLICE OFFICERS**
**JOHN and/or JANE DOES 1-12**

       **Defendants.**

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "**standard**" track classification. Accordingly, the termination date for discovery is **April 29, 2013** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely

only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **May 8, 2013.** See D.N.M.LR-Civ 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit it D.N.M.LR-Civ.26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. 0.26(a)(2)(B) no later than **March 4, 2013**. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. 0.26(a)(2)(B) no later than **April 5, 2013**.

Pretrial motions, other than discovery motions, shall be filed with the court and served on opposing party by **May 28, 2013**.

See D.N.M.LR-Civ.7 for motion practice requirements and timing of responses and replies.

Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the court, be considered untimely.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the court must be highlighted in accordance with D.N.M.LR-Civ.10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendant on or before **September 2, 2013**; Defendant to Court on or before **September 16,**

**2013.** Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for cause shown.

    SO ORDERED this 6th day of February, 2013.

_____
W. Daniel Schneider
United States Magistrate Judge